1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| E.H., a minor by and through her guardian ad litem SONYA HERRERA<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CHRISTIAN ACADEMY, FIRST BAPTIST CHURCH, JOEL MIKKELSON, and DOES 1–30.<br><br>Defendants. | Case No.:  2:21-cv-07574-SB-GJS<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO DISMISS** |

Defendants Valley Christian Academy, First Baptist Church, and Joel Mikkelson move to dismiss Plaintiff's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is granted. The complaint is dismissed without leave to amend.

Plaintiff does not plead any claim against Joel Mikkelson.

As to Plaintiff's claim under Title IX, *first,* Plaintiff fails to allege sufficient facts suggesting that Valley Christian receives federal funding, which is required for Title IX to apply. 20 U.S.C § 1681(a). *Second*, Plaintiff's claim falls outside the zone of interests of Title IX. *See N. Haven Bd. of Educ. v. Bell*, 456 U.S. 512, 526–27 (1982); *Doe v. Brown Univ.*, 896 F.3d 127, 131 (1st Cir. 2018). *Third*, Title IX does not apply here because it contains an exception for contact sports. 34 C.F.R. § 106.41; 45 C.F.R. § 86.41. *Fourth*, Title IX does not apply because compliance would contradict the religious tenets of Valley Christian Academy. 20 U.S.C.S. § 1681 (a)(3).

Plaintiff's claim under the California Education Code fails for the same reasons. Plaintiff does not allege that Valley Christian is an "educational institution that receives, or benefits from, state financial assistance, or enrolls pupils who receive state student financial aid." Cal. Educ. Code § 220. *Second*, as does her Title IX claim, Plaintiff's claim under the Education Code falls outside the zone of interests of Title IX. *Third*, Plaintiff's claim is barred because the Education Code has an exception for religious schools identical to that in Title IX. *See* Cal. Educ. Code § 221.

Plaintiff's Unruh Act claim fails because a Valley Christian and First Baptist are not "business establishments." Cal. Civ. Code § 51; *Doe v. Cal. Lutheran High Sch. Ass'n*, 170 Cal. App. 4th 828, 838 (2009).

**IT IS SO ORDERED**

DATED: _____                             _____

                                             Hon. Stanley Blumenfeld Jr.

1