SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendants
Valley Christian Academy, First Baptist Church,
and Joel Mikkelson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| E.H., a minor by and through her guardian ad litem SONYA HERRERA<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CHRISTIAN ACADEMY, FIRST BAPTIST CHURCH, JOEL MIKKELSON, and DOES 1–30.<br><br>Defendants. | Case No.: 2:21-cv-07574-SB-GJS<br><br>**DECLARATION OF SEAN P. GATES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: Feb. 18, 2022<br>Time: 8:30 am<br>Courtroom: 6C<br><br>Hon. Stanley Blumenfeld Jr. |

I, Sean P. Gates, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and counsel of record for defendants Valley Christian Academy, First Baptist Church, and Joel Mikkelson. If called to testify, I could and would give the following testimony which is based upon my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Parent-Student Handbook for defendant Valley Christian Academy. The Handbook is referenced in Plaintiff's First Amended Complaint at paragraph 24, paragraph 50, and Exhibit A. The Handbook is available on school's website at https://www.vcalions.com/parent-student-handbook/.

I declare under penalty of perjury under the laws of the State of California that the statements made herein are true and correct. Executed on January 13, 2022 in Pasadena, California.

                                                                    _____
                                                                    Sean P. Gates