SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendants
Valley Christian Academy, First Baptist Church,
and Joel Mikkelson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| E.H., a minor by and through her guardian ad litem SONYA HERRERA<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CHRISTIAN ACADEMY, FIRST BAPTIST CHURCH, JOEL MIKKELSON, and DOES 1–30.<br><br>Defendants. | Case No.: 2:21-cv-07574-MEMF-GJS<br><br>**DEFENDANTS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE**<br><br>Date: March 3, 2022<br>Time: 10:00 am<br>Courtroom: 8B<br><br>Hon. Maame Ewusi-Mensah Frimpong |

1     Defendants do not object to the Court taking judicial notice of Exhibits A and B to the Stark Declaration. Plaintiff's request for judicial notice should be denied, however, as to Exhibits C, D, and E to the Stark Declaration.

    Exhibit C is a printout from a website, maxpreps.com, which purports to show the 2021-22 schedule of football games played by Cuyama Valley. Plaintiff contends that the "information contained therein has been incorporated by reference into Plaintiff's First Amended Complaint." RJN at 4. It has not. Nowhere does the amended complaint mention or reference the maxpreps.com website or this document. The request should be denied. *See Spy Optic, Inc. v. Alibaba.com, Inc.*, 163 F. Supp. 3d 755, 763 (C.D. Cal. 2015) (denying request as to document not referenced in the complaint).

    Exhibit D consists of printouts of webpages from cifstate.org regarding awards and scholarships. Plaintiff also asks the Court to take judicial notice of the websites themselves. Judicial notice should be denied because the content on the websites, "cannot be 'accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" *Hologram United States Inc. v. Arena3D Indus. Illusions LLC*, 2014 WL 12560619, 2014 U.S. Dist. LEXIS 196236, at *7-8 (C.D. Cal. July 23, 2014). Moreover, in her opposition, Plaintiff asks the Court to accept the truth of the statements on these webpages, Pl. Br. 11, which the Court cannot do. *Rios v. N.Y. & Co.*, 2017 U.S. Dist. LEXIS 190794, at *5 (C.D. Cal. Nov. 16, 2017).

    Exhibit E consists of printouts of webpages from maxpreps.com regarding the schedule for Cuyama Valley's boys' basketball team. Plaintiff also asks the Court to take judicial notice of the websites themselves. In her opposition, Plaintiff asked the Court to accept the truth of the contents of these webpages. Pl. Br. 17. As with the webpages from cifstate.org, the request should be denied.

| | | |
|---|---|---|
| 1 | Dated:  February 17, 2022 | Respectfully submitted, |

By: */s/ Sean P. Gates*
       Sean P. Gates
       CHARIS LEX P.C.
       Attorneys for Defendants
       Valley Christian Academy, First Baptist Church, and Joel Mikkelson