UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.H., a minor by and through her guardian *ad litem* SONYA HERRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY CHRISTIAN ACADEMY, FIRST BAPTIST CHURCH, JOEL MIKKELSON, and DOES 1-30,<br><br>　　　　　Defendants. | Case No. 2:21-cv-07574-MEMF-GJS<br><br>Honorable Maame Ewusi-Mensah Frimpong<br><br>**ORDER GRANTING STIPULATION TO ALLOW PARTIES TO APPEAR OVER ZOOM AT MARCH 24, 2022 HEARING** |

　　　　On March 18, 2022, the parties to this action filed a Stipulation to Permit Remote Appearance at Hearing. The hearing is set for March 24, 2022, and the parties were ordered to appear before the court in person in Courtroom 8B of the First Street Courthouse, 350 West First Street, Los Angeles, CA 90012.

　　　　The court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　　　**1.**　　The parties (including counsel and individuals) are permitted to appear over Zoom at the hearing. **The hearing will take place via Zoom at the new time of 11:00**

**a.m.**

2. The Zoom link is found on the Court's website:

https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong

3. Prior to the hearing, the parties (including counsel and individuals) must consult the "Guidelines for Zoom Courtroom Proceedings" found on the Court's website.

4. The parties are advised that any kind of recording, copying, photographing, or broadcasting of court proceedings is strictly prohibited and may result in criminal prosecution, contempt, and/or other sanctions.

5. When signing in and adding a screen name, counsel and individuals must use their full names followed by "(P)," for plaintiff(s), or "(D)," for defendant(s). Those participating as members of the public or the media are to use "(O)," for observer.

IT IS SO ORDERED.

Dated: March 21, 2022

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge