UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 21-07574-MEMF-(GJSx) | Date | March 24, 2022 |
| Title | E.H. v. Valley Christian Academy, et al. | | |

PRESENT: <u>Honorable Maame Ewusi-Mensah Frimpong
United States District Judge</u>

| | |
|---|---|
| <u>Kelly Davis</u><br>Courtroom Deputy Clerk | <u>Laura Elias</u><br>Court Reporter |
| Attorneys Present for Plaintiff:<br>Gabrielle Vinci<br>Stuart Bernstein<br>Susan Stark | Attorney Present for Defendant:<br>Sean Gates |

**PROCEEDINGS: ZOOM MOTION HEARING (Held and Completed)**

    Case called. Court and counsel confer. Arguments are made re: the Motion to Dismiss Plaintiff's First Amended Complaint [44] and the Request for Judicial Notice [48] filed by Plaintiff. The Court takes the matters under submission. A separate Court order shall be issued.

                                                                                  : 68

                            Initials of Deputy     kd
                            Clerk