NESENOFF & MILTENBERG, LLP.
ANDREW T. MILTENBERG (*admitted pro hac vice*)
amiltenberg@nmllplaw.com
STUART BERNSTEIN (*admitted pro hac vice*)
sbernstein@nmllplaw.com
GABRIELLE VINCI (*admitted pro hac vice*)
363 Seventh Avenue, 5th Floor
New York, New York 10001-3904
Telephone: (212) 736-4500
Facsimile: (212) 736-2260

SUSAN E. STARK, SBN 147283
sstark@nmllplaw.com
4 Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306

*Attorneys for Plaintiff*

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| E.H., a minor by and through her guardian ad litem SONYA HERRERA<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CHRISTIAN ACADEMY, FIRST BAPTIST CHURCH, JOEL MIKKELSON, and DOES 1-30.<br><br>Defendants. | Case No.: 2:21-cv-07574-MEMF-GJS<br><br>**STIPULATION RE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT IN LIGHT OF ORDER ON MOTION TO DISMISS** |

Plaintiff E.H., a minor by and through her guardian ad litem, Sonya Herrera, and defendants Valley Christian Academy, First Baptist Church, and Joel Mikkelson (collectively "Defendants"), hereby stipulate as follows:

WHEREAS, Defendants moved to dismiss Plaintiff's First Amended Complaint;

WHEREAS, on July 25, 2022, the Court denied Defendant's motion in part and granted the motion in part with leave to amend.  In particular, the Court denied the motion to dismiss with respect to Plaintiff's claims under Title IX and the California Education Code, but it granted the motion with leave to amend as it relates to Defendant Joel Mikkelson and as it relates to the Unruh Act claim against all Defendants (ECF 68);

WHEREAS, the Court ordered Plaintiff E.H. to "file a Second Amended Complaint within 30 days of the date of the Order if she still desires to pursue any of the claims being dismissed with leave to amend" (ECF 68);

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4), unless the Court sets a different time, if the court denies a motion to dismiss, "the responsive pleading must be served within 14 days after notice of the court's action."  Under Federal Rule of Civil Procedure 15(a)(3), "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading."

WHEREAS, Plaintiff has not made a final determination whether to file a Second Amended Complaint;

THEREFORE, to preserve judicial resources and those of the parties, the parties agree and stipulate that Defendants' response to Plaintiff's complaint (whether the First Amended Complaint or optional Second Amended Complaint) shall be due September 7, 2022, i.e., 44 days after this Court's order on the motion to dismiss (30 days for any amendment plus 14 days to respond).

IT IS SO STIPULATED.

Dated: August 5, 2022               Respectfully submitted,

By: /s/ *Sean P. Gates*
    Sean P. Gates
    CHARIS LEX P.C.
    Attorneys for Defendants
    Valley Christian Academy, First Baptist Church,
    and Joel Mikkelson

Dated: August 5, 2022               Respectfully submitted,

By: /s/ *Stuart Bernstein*
    Andrew T. Miltenberg
    Stuart Bernstein
    Gabrielle Vinci
    Susan Stark
    NESENOFF & MILTENBERG, LLP
    Attorneys for Plaintiff
    E.H., a minor by and through her guardian ad litem,
    Sonya Herrera

**ECF ATTESTATION**

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing STIPULATION RE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT IN LIGHT OF ORDER ON MOTION TO DISMISS. In compliance with Local Rule 5.4.3.4, I hereby attest that Stuart Bernstein consents to this filing.

Dated: August 5, 2022                                  By:      /s/ Sean P. Gates
                                                                      Sean P. Gates