NESENOFF & MILTENBERG, LLP.
ANDREW T. MILTENBERG (NY State Bar
No. 2399582; *admitted pro hac vice*)
amiltenberg@nmllplaw.com
STUART BERNSTEIN (NY State Bar
No. 2371953; *admitted pro hac vice*)
sbernstein@nmllplaw.com
GABRIELLE VINCI (NY State Bar
No.: 5309273; *admitted pro hac vice*)
gvinci@nmllplaw.com
363 Seventh Avenue, 5th Floor
New York, New York 10001-3904
Telephone: (212) 736-4500
Facsimile: (212) 736-2260

SUSAN E. STARK, SBN 147283
sstark@nmllplaw.com
4 Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| E.H., a minor by and through her guardian *ad litem* SONYA HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CHRISTIAN ACADEMY, FIRST BAPTIST CHURCH, JOEL MIKKELSON, and DOES 1-30,<br><br>Defendants. | Case No.: 2:21-cv-07574-MEMF-GJS<br><br>**JOINT STIPULATION FOR COUNSEL TO APPEAR REMOTELY ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

The Scheduling Conference in this matter is currently set for hearing in this court on October 6, 2022, at 10:00 a.m. Plaintiff's counsel are located in Northern California and New York and respectfully request to appear remotely at this hearing to avoid health risks in having to travel at this time related to COVID concerns. If permitted, Counsel for Defendants will also appear remotely to avoid any technological issues and make the appearance run more smoothly by having counsel for both sides appear over Zoom.

Accordingly, IT IS HEREBY STIPULATED by counsel below that the appearance on the Scheduling Conference be remote over Zoom. A separate [PROPOSED] Order on this Stipulation is submitted concurrently with this filing for the court's consideration.

Respectfully submitted,

| NESENOFF & MILTENBERG, LLP | CHARIS LEX PC |
|---|---|
| By: _/s/ Susan Stark_ | By: _/s/ Sean P. Gates_ |
| **Susan Stark, Esq.** | **Sean P. Gates** |
| **Andrew T. Miltenberg, Esq.** *(pro hac vice)* | |
| **Stuart Bernstein, Esq.** *(pro hac vice)* | *Attorneys for Defendants* |
| **Gabrielle M. Vinci, Esq.** *(pro hac vice)* | |

*Attorneys for Plaintiff*

-and-

**PALAY HEFELFINGER, APC**

By: _/s/ Brian Hefelfinger_
**Brian Hefelfinger, Esq.**

*Local Counsel for Plaintiff*