NESENOFF & MILTENBERG, LLP.
ANDREW T. MILTENBERG (NY State Bar No. 2399582; *admitted pro hac vice*)
amiltenberg@nmllplaw.com
STUART BERNSTEIN (NY State Bar No. 2371953; *admitted pro hac vice*)
sbernstein@nmllplaw.com
GABRIELLE VINCI (NY State Bar No.: 5309273; *admitted pro hac vice*)
gvinci@nmllplaw.com
363 Seventh Avenue, 5th Floor
New York, New York 10001-3904
Telephone: (212) 736-4500
Facsimile: (212) 736-2260

SUSAN E. STARK, SBN 147283
sstark@nmllplaw.com
4 Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306
Telephone: (650) 209-7400

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| E.H., a minor by and through her guardian *ad litem* SONYA HERRERA<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CHRISTIAN ACADEMY, FIRST BAPTIST CHURCH, JOEL MIKKELSON, and DOES 1-30,<br><br>Defendants. | Case No.: 2:21-cv-07574-SB-GJS<br><br>**UNOPPOSED MOTION FOR APPROVAL OF MINOR'S COMPROMISE OF A DISPUTED CLAIM AND PENDING ACTION**<br><br>Date:  May 25, 2023<br>Time:  10:00 AM<br>Location: Courtroom 6C: 350 West 1st Street, Los Angeles, California<br><br>Original Complaint Filed: 9/22/2021<br>First Amended Complaint Filed: 12/20/2021<br>Trial Date: 10/9/2023 |

E.H. v. Valley Christian Academy, et. al.
Case No.: 2:21-cv-07574-SB-GJS
Unopposed Motion for Approval of Minor's Compromise of a Disputed Claim and Pending Action

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 25, 2023 at 10:00 a.m. or as soon thereafter as the matter may be heard by the Hon. Maame Ewusi-Mensah Frimpong in the United Staes District Court, Central District of California, Western Division, Courtroom 8B, located at 350 West First Street, 8th Floor, Los Angeles, California 90012, Plaintiff E.H., a minor ("Plaintiff"), by and through her guardian *ad litem* Sonya Herrera ("Herrera"), will, and hereby does move this Court for an Order approving the settlement reached between the parties to this action, and the distribution of the settlement funds.

This motion is not opposed by the Defendants Valley Christian Academy, First Baptist Church, and Joel Mikkelson (collectively, "Defendants"). Plaintiff requests approval pursuant to Central District Local Rules 17-1.2 and 17-1.3, California Code of Civil Procedure section 372, California Probate Code section 3602 and California Rule of Court 3.1384.

Plaintiff requests that the proceeds of the settlement be paid or delivered to Plaintiff's counsel's escrow account, without bond or creation of trust, to thereafter be dispersed to Plaintiff in accordance with Plaintiff's and Herrera's retainer with the Firm.

This motion is based upon this notice, the concurrently filed memorandum of points and authorities, the concurrently filed declaration of Plaintiff's counsel, Stuart Bernstein, the pleadings and records on file with the Court in this action or presented at the time of hearing, if a hearing is deemed necessary.

This motion is made following the conference of Counsel pursuant to L.R. 7-3 which took place on April 24, 2023 and April 25, 2023 via electronic mail.

Defendants do not oppose this motion.

1

E.H. v. Valley Christian Academy, et. al.
Case No.: 2:21-cv-07574-SB-GJS
Unopposed Motion for Approval of Minor's Compromise
of a Disputed Claim and Pending Action

| | |
|---|---|
| DATED: April 26, 2023 | NESENOFF & MILTENBERG, LLP. |
| | By: */s/ Stuart Bernstein*_____ |
| |     Susan Stark, Esq. |
| |     Andrew T. Miltenberg, Esq. |
| |     *(admitted pro hac vice)* |
| |     Stuart Bernstein, Esq. |
| |     *(admitted pro hac vice)* |
| |     Gabrielle M. Vinci, Esq. |
| |     *(admitted pro hac vice)* |
| | Attorneys for Plaintiff |
| | -and- |
| | PALAY HEFELFINGER, APC |
| | By: */s/ Brian Hefelfinger*_____ |
| |     Brian Hefelfinger, Esq. |
| | Local Counsel for Plaintiff |

2

E.H. v. Valley Christian Academy, et. al.
Case No.: 2:21-cv-07574-SB-GJS
Unopposed Motion for Approval of Minor's Compromise
of a Disputed Claim and Pending Action