NESENOFF & MILTENBERG, LLP.
ANDREW T. MILTENBERG (*admitted pro hac vice*)
amiltenberg@nmllplaw.com
STUART BERNSTEIN (*admitted pro hac vice*)
sbernstein@nmllplaw.com
GABRIELLE VINCI (*admitted pro hac vice*)
363 Seventh Avenue, 5th Floor
New York, New York 10001-3904
Telephone: (212) 736-4500
Facsimile: (212) 736-2260

SUSAN E. STARK, SBN 147283
sstark@nmllplaw.com
4 Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306

*Attorneys for Plaintiff*

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| E.H., a minor by and through her guardian ad litem SONYA HERRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY CHRISTIAN ACADEMY, FIRST BAPTIST CHURCH, JOEL MIKKELSON, and DOES 1-30.<br><br>　　　　Defendants. | Case No.: 2:21-cv-07574-MEMF-GJS<br><br>**JOINT STATEMENT REGARDING PAYMENT OF SETTLEMENT FUNDS** |

Plaintiff E.H., a minor by and through her guardian ad litem, Sonya Herrera, and defendants Valley Christian Academy and First Baptist Church (collectively "Defendants"), hereby submit this joint statement.

In its July 10, 2023 minute order, the Court ordered as follows:

> In addition, in the Motion, Counsel for E.H. requests that the Court permit Counsel to pay the damages amount to E.H.'s guardian ad litem, rather than putting it into a trust for E.H., given that E.H. will shortly reach the age of majority.
>
> The Motion does not address whether the parties would be amenable to Counsel waiting until after E.H. has reached the age of majority to pay the damages directly to her. The parties are ORDERED to file a joint statement regarding whether they would be amenable to this approach, and if not, why not, by 5pm Tuesday, July 11, 2023.

Given that Plaintiff will reach the age of majority next month, the parties state that they are amenable to Counsel waiting until after E.H. has reached the age of majority to pay the damages directly to her.

Dated: July 11, 2023                           Respectfully submitted,

                                               By: */s/ Stuart Bernstein*
                                                   Andrew T. Miltenberg
                                                   Stuart Bernstein
                                                   Gabrielle Vinci
                                                   Susan Stark
                                                   NESENOFF & MILTENBERG, LLP
                                                   Attorneys for Plaintiff
                                                   E.H., a minor by and through her guardian ad litem, Sonya Herrera

Dated: July 11, 2023               Respectfully submitted,


By:   */s/ Sean P. Gates*
      Sean P. Gates
      CHARIS LEX P.C.
      Attorneys for Defendants
      Valley Christian Academy and First Baptist Church


### ECF ATTESTATION

I, Sean Gates, am the ECF User whose ID and password are being used to file the foregoing JOINT STATEMENT REGARDING PAYMENT OF SETTLEMENT FUNDS. In compliance with Local Rule 5.4.3.4, I hereby attest that Stuart Bernstein consents to this filing.

Dated: July 11, 2023               By:   */s/ Sean P. Gates*
      Sean P. Gates