UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.H., a minor by and through her guardian ad litem SONYA HERRERA<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CHRISTIAN ACADEMY, FIRST BAPTIST CHURCH, JOEL MIKKELSON, and DOES 1-30.<br><br>Defendants. | Case No.: 2:21-cv-07574-MEMF-GJS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

On August 3, 2023, the Court approved the settlement agreement between plaintiff E.H., a minor by and through her guardian ad litem, Sonya Herrera, and defendants Valley Christian Academy and First Baptist Church. (Dkt. No. 654.)

Pursuant to the Parties' stipulation, the Court hereby orders that this action is dismissed in its entirety with prejudice, each side to bear its own fees, expenses, and costs.

DATED: August 10, 2023

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge